# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lived In Images, Inc., A California corporation<br><br>PLAINTIFF(S)<br>v.<br>Buzzle.com, Inc., a California corporation, and DOES 1-5<br><br>DEFENDANT(S) | CASE NUMBER<br>SACV14−00972 DFM<br><br>**APPLICATION FOR REFUND OF FEES; ORDER THEREON** |

Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

## SECTION I

| | |
|---|---|
| Name of Applicant: | Derek Newman |
| Amount Paid: | $ 800 |
| Requested Refund Amount | $ 400 |
| Document Title and Docket #: | Complaint for Copyright Infringement, Dkt No. 1 |
| Transaction Date: | June 24, 2014 |
| Receipt Number:<br>(If paid by cash/check only) | |

**Reason for refund request:**

[x] Duplicate or unnecessary payment submitted

[ ] Overpayment of a required filing fee

[ ] Pro hac vice application denied

[ ] Other:

## SECTION II  (Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.)

| | |
|---|---|
| Account Holder Name: | Derek Newman |
| Pay.gov Tracking ID: | 25GBP6B0; 25GBQ7TR |
| Agency Tracking ID: | 0973-14015736; 0973-14015889 |

### For Court Use Only

**Fiscal Department**

[ ] Refund issued

[ ] Application referred to United States District/Magistrate Judge for ruling; it is recommended that the Application be:

    [ ] GRANTED

    [ ] DENIED pursuant to the policy of the Judicial Conference of the United States (*Guide to Judiciary Policy*, Vol. 4, Chap. 6, § 650)

IT IS ORDERED that the application for refund of fees is:

[ ] GRANTED     [ ] DENIED

_____
United States District/Magistrate Judge